# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1362**

**CAF 10-02051**

PRESENT: FAHEY, J.P., PERADOTTO, LINDLEY, GREEN, AND GORSKI, JJ.

---

IN THE MATTER OF SUSAN HARTMAN,
PETITIONER-APPELLANT,

V                                                                          ORDER

RICHARD C. HARTMAN, JR., RESPONDENT-RESPONDENT.

---

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (ELIZABETH deV. MOELLER OF COUNSEL), FOR PETITIONER-APPELLANT.

EMILY A. VELLA, ATTORNEY FOR THE CHILD, SPRINGVILLE, FOR BRANDI H.

-------------------------------------------------------------------------------------------------------

     Appeal from an order of the Family Court, Cattaraugus County (Larry M. Himelein, J.), entered September 2, 2010 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

     It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  December 23, 2011                                    Frances E. Cafarell
                                                               Clerk of the Court